# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Louise W., | Case No. 17-cv-4973 (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy A. Berryhill, | |
| Defendant. | |

James H. Greeman, Greeman Toomey, counsel for plaintiff

Bahram Samie and Linda H. Green, counsel for the defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated January 28, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Ms. W.'s Motion for Summary Judgment [Doc. No. 12] is **GRANTED IN PART AND DENIED IN PART** and the Commissioner's Motion for Summary Judgment [Doc. No. 17] is **GRANTED IN PART AND DENIED IN PART**. Ms. W.'s petition is remanded to the ALJ for further proceedings not inconsistent with this opinion and pursuant to sentence 4 of 42 U.S.C. § 405(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 31, 2019

                                                   s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Judge